## UNITED STATES of America, Plaintiff—Appellee,

v.

## Michael Anthony HOPE, Defendant—Appellant.

### No. 08–6810.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 2, 2009.

Michael Anthony Hope, Appellant Pro Se. Matthew Childs Ackley, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Hope appeals the district court's order denying his Fed. R.Crim.P. 36 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hope,* No. 3:05–cr–00522–RLW (E.D.Va. May 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*